IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>                Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                Defendants. | Case No. 26-cv-00319 |

## MATTHEW DE PRETER'S MOTION TO WITHDRAW FROM ECF SERVICE

Undersigned counsel, Matthew De Preter, is counsel for former Defendant No. 84, Blunt Cases, LLC ("Blunt Cases"). Blunt Cases was dismissed with prejudice from this action pursuant to Docket Entry 46. As there are no claims pending against Blunt Cases (or brought by Blunt Cases) in this matter, and counsel does not represent any other defendants, undersigned counsel respectfully requests that this Court withdraw the undersigned from ECF service of documents pertaining to this litigation and remove his name from the distribution list.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Matthew De Preter*
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3139
***One of the Attorneys for Defendant***
   ***Blunt Cases, LLC***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                                      By:  *Matthew De Preter*
                                                                    Matthew De Preter
                                                                    Attorney for Blunt Cases LLC